```
DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, #179741
Chief Assistant Federal Defender
Designated Counsel for Service
CHARLES YOUNG
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
Pamela Davis
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>PAMELA DAVIS,<br><br>        Defendant.<br>_____ | 2:12-cr-00284-KJN<br><br>STIPULATION AND ORDER TO VACATE THE TRIAL CONFIRMATION HEARING AND JURY TRIAL AND TO SET A CHANGE OF PLEA<br><br>Date:  October 17, 2012<br>Time:  9:00 a.m.<br>Judge: Hon. Kendall J. Newman |

    The United States Attorney through his respective counsel, JEFFREY A. SPIVAK, Special Assistant United States Attorney, and LINDA C. HARTER, Attorney for PAMELA DAVIS, and Certified Student Attorney, CHARLES YOUNG, hereby stipulate to vacate the Trial Confirmation Hearing set for September 19, 2012 at 9:00am and to vacate the Jury Trial scheduled for October 15, 2012 at 9:00am.

    Accordingly, the parties jointly request that a Change of Plea be scheduled for October 17, 2012 at 9:00am before Magistrate Judge Kendall J. Newman.

The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the court should exclude time from the date of this order until October 17, 2012, under 18 U.S.C. § 3161 (h)(7)(B)(iv) [Local Code T4]. This exclusion of time will allow the parties to finalize the plea agreement.

Dated: September 18, 2012                    Respectfully submitted,

                                              DANIEL BRODERICK
                                              Federal Defender

                                              /s/ Linda C. Harter
                                              LINDA C. HARTER
                                              Chief Federal Defender
                                              Attorney for PAMELA DAVIS

                                              /s/ CHARLES YOUNG
                                              CHARLES YOUNG
                                              Certified Student Attorney

Dated: September 18, 2012                    BENJAMIN B. WAGNER
                                              United States Attorney

                                              /s/ Jeffrey A. Spivak
                                              JEFFREY A. SPIVAK
                                              Special Assistant U.S. Attorney

                                          O R D E R

**IT IS SO ORDERED.**

DATED:   September 18, 2012

                                              _/s/ Kendall J. Newman_
                                              KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE